TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-04-00462-CV







In re First Bank of Beverly Hills, Successor by Merger of Girard Savings Bank, FSB,

and Wilshire Credit Corporation








ORIGINAL PROCEEDING FROM TRAVIS COUNTY






M E M O R A N D U M O P I N I O N



 Relator First Bank of Beverly Hills, Successor by Merger of Girard Savings Bank,
FSB, and Wilshire Credit Corporation files its petition for writ of mandamus. See Tex. R. App. P.
52.8. We deny the petition for writ of mandamus.



 

 David Puryear, Justice

Before Chief Justice Law, Justices Kidd and Puryear

Filed: August 26, 2004